UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LAVELL CLAYTON,<br><br>Petitioner,<br><br>v.<br><br>M.D. BITER, Warden<br><br>Respondent. | Nos. CV 18-1193-JFW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 27, 2018

_____
JOHN F. WALTER
United States District Court Judge